WESLEY B. PORCH

*v.*

THE AGNEW COMPANY.

[Argued March 17th, 1904.  Decided March 21st, 1904.]

On appeal of Joseph Thompson, purchaser at receiver's sale.

Mr. *Clarence L. Cole,* for the appellant.

Mr. *David J. Pancoast,* for the respondent.

PER CURIAM.

The order appealed from is affirmed, for the reasons stated in the opinion of Vice-Chancellor Grey, rendered in the court of chancery; reported in *66 N. J. Eq.* (*21 Dick.*) *232.*

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN—10.

*For reversal*—None.